IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTOPHER MICHAEL RAY THOMPSON, )
)
                Plaintiff, )   No. 3:10-cv-01087-JO
)
    v. )   <u>O R D E R</u>
)
MAX WILLIAMS; ET AL. )
)
                Defendant. )

JONES, Judge:

    Based upon plaintiff's motion (#33) for withdrawal of civil complaint,

    IT IS HEREBY ORDERED plaintiff's motion (#33) is granted and this matter is dismissed. Any pending motions are denied as moot.

    DATE this 1st day of May, 2012.

                                          _____
                                          ROBERT E. JONES
                                          U.S. District Judge